Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
REGINAL MAE TURNER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINAL MAE TURNER | Case No.: 1:17-cv-00022-GSA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE APPELLANT'S OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

    Plaintiff Reginal Mae Turner and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from August 30, 2017 to October 30, 2017 for Plaintiff to file a Appellant's Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel currently has

-1-

1 | 11 motions overdue and is trying to complete all as soon as possible. Counsel's firm lost an attorney last June 2016. Counsel has hired four attorneys' to handle that attorney's caseload consecutively and the last one left on Friday. This matter had been reassigned to the attorney who left on Friday, September 1, 2017. Counsel has been trying to do as many motions as possible but remains committed to giving each case the time and focus required to present the best argument possible on the client's behalf. Counsel appreciates that courtesy and patience of the defendant and this court and counsel assures the court that she continues to zealously represent her clients as best possible under the circumstances. Counsel requests this extension in good faith.

DATE: September 5, 2017   Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
_____
Denise Bourgeois Haley
Attorney for plaintiff Reginal Mae Turner

DATE: September 5, 2017   PHILLIP A. TALBET
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY: /s/ *Sharon Lahey*
_____
Sharon Lahey
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

///

///

///

## **ORDER**

Pursuant to the stipulation of the parties (Doc. 13), Plaintiff's Opening Brief shall be filed no later than October 30, 2017. All other dates in the Scheduling Order dated January 9, 2017 (Doc. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **September 8, 2017**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE