# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINAL MAE TURNER,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:17-cv-00022-GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Doc. 22), Plaintiff's counsel is awarded fees and expenses in the amount of $3,300.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920. All fees paid shall be subject to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010) and shall be dispersed in accordance with the terms of the stipulation.

IT IS SO ORDERED.

  Dated: **April 27, 2018**            /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE